In the Matter of the Probate of the Will of GEORGE S. NICHOLAS, Deceased.

GROSVENOR NICHOLAS, Appellant; FARMERS LOAN AND TRUST COMPANY et al., Respondents.

(Submitted February 28, 1927; decided March 4, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 531.)

---

In the Matter of the Application of CHENEY BROTHERS, Appellants, for an Order of Arbitration.

JOROCO DRESSES, INC., Respondent.

*Appeal — motion to dismiss appeal denied.*

Reported below, 218 App. Div. 652.

(Submitted February 28, 1927; decided March 4, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1926, which reversed an order of Special Term granting an application to compel an arbitration.

The motion was made upon the ground that the order appealed from was not a final order.

*Maurice Deiches* and *Elwood G. Feldstein* for motion.
*Robert P. Levis* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.